UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE LEE CRISP, III,<br><br>           Plaintiff,<br><br>     v.<br><br>EDMOND G. BROWN, et al.,<br><br>           Defendants. | No.  2:15-cv-1649 TLN KJN P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  December 4, 2015

cris1649.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1